UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In the Matter of
    Dreier LLP

---

| | |
|---|---|
| Cosmetic Plus Group Ltd. et al., | No. 16CV575-LTS-RLE |
|         Appellant(s), | |
| -against- | INITIAL CONFERENCE ORDER |
| Dreier LLP, | |
|         Appellee(s). | |

LAURA TAYLOR SWAIN, DISTRICT JUDGE:

1.     It is hereby ORDERED that the parties must promptly provide for the Chambers of the undersigned a suitably bound hard courtesy copy of the Joint Appendix and any additions thereto, as well as courtesy copies of their briefs and other filings in connection with the appeal. It is further

2.     ORDERED that a conference will be held in the above-captioned bankruptcy appeal on **April 15, 2016 at 12:30 p.m.** in Courtroom No. 12D[1], 500 Pearl Street, New York, New York 10007. It is further

3.     ORDERED that counsel[2] for the parties confer preliminarily at least fourteen (14) days prior to the date set forth in paragraph 1 above to discuss the following matters:

    a.    Settlement;
    b.    Whether mediation might facilitate resolution of the issues;
    c.    A schedule for any further submissions that may be required in connection with the appeal (the briefing schedule and format and length specifications set forth in the applicable provisions of Federal Rules of Bankruptcy Procedure 8015 -8018 shall govern unless otherwise ordered by the Court).

    It is further

---

[1] On the day of the conference, check the electronic board in the lobby to be certain of the proper courtroom.

[2] As used in this Order, the term "counsel" means, in the case of an individual party who is proceeding Pro-se, such party.

4. ORDERED that counsel must be prepared to discuss the foregoing at the conference.  It is further

5. ORDERED that counsel attending the conference must seek settlement authority from their respective clients prior to such conference.  If counsel is not granted such authority, the client must be present in person or available by telephone so that a settlement can be consummated if possible.  "Settlement authority," as used herein, includes the power to enter into stipulations and make admissions regarding all matters that the participants may reasonably anticipate discussing at the conference.

IT IS SO ORDERED.

Dated: New York, New York
February 11, 2016

   /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge